# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

## A14D0101. TRACY PACKER, et al. v. FULTON COUNTY BOARD OF COMMISSIONERS, et al.

Tracy Packer, Scott Gibbs, and Sharon Dodd seek discretionary review of the trial court's order affirming the decision of the Board of Trustees of the Fulton County Employees Retirement System, arguing that the trial court erred in ruling that the county's interpretation of its pension plan did not violate their rights to equal protection. In so ruling, the trial court construed the pension plan as an ordinance established by Fulton County.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question. See Ga. Const. of 1983, Art. VI, Sec. VI, Para. II (1); *Atlanta Independent School System v. Lane*, 266 Ga. 657 (1) (469 SE2d 22) (1996). Additionally, the Supreme Court of Georgia has "ultimate responsibility for construing the constitutional provisions regarding appellate jurisdiction" and its determinations result "in a binding and conclusive determination of the jurisdiction of the Court of Appeals." *Saxon v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996). Because this case involves an equal protection challenge to a pension plan that the trial court construed as an ordinance, this appeal is ordered TRANSFERRED to the Supreme Court. Georgia Constitution of 1983, Art. VI, Sec. I, Para. IV.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 11/21/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.